## MORRIS WEISLER AND ANOTHER v. NATIONAL COUNCIL OF KNIGHTS AND LADIES OF SECURITY.[1]

April 28, 1916.

Nos. 19,811—(215).

PER CURIAM.

The facts in this case are essentially the same as those in Kanevsky v. National Council of Knights and Ladies of Security, supra, page 422, 157 N. W. 646 and the decision in that case controls this.

Order reversed.